IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF | * |
| V. | *  CIVIL JFM-00-1300 |
| | *  HON. J. FREDERICK MOTZ |
| 58.45 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND, AND SARA JANE RIDENOUR, ET AL. AND UNKNOWN OWNERS, | * * * |
| DEFENDANTS | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DISBURSEMENT**

UPON CONSIDERATION of the Petition filed by defendant, Sara Jane Ridenour, on or about April 8, 2002, for the payment of money deposited in the registry of this Court as compensation for the taking of said property, it is this _8th_ day of _April_, 2002,

ORDERED, that from the funds paid into the registry of the Court as aforesaid, the Clerk of the Court shall issue a check in the amount of Six Hundred Thousand Dollars ($600,000.00), plus any interest accrued thereon while on deposit, less the court registry fees, payable to Peyton Paul Phillips.

_____
JUDGE